IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| (1) SMITH-BLAIR, INC. and <br> (2) M&FC HOLDING, LLC <br><br> Plaintiffs, <br><br> vs. <br><br> JCM INDUSTRIES, INC., <br><br> Defendant. | Case No. <br><br> Judge: <br> Magistrate Judge:  504CV118 <br><br> **PLAINTIFFS' DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiffs Smith-Blair, Inc. make the following disclosure:

1. The following companies are the direct and indirect parent companies of Plaintiffs Smith-Blair, Inc. and M&FC Holding, LLC, with Sensus Metering Systems (Bermuda 1) Ltd. being the ultimate indirect parent. The shares of all five companies are privately held, and all except Sensus Metering Systems (Bermuda 1) Ltd. are wholly owned.

   a. <u>Sensus Metering Systems (Bermuda 1) Ltd.</u>, a privately held Bermuda limited liability company, is the sole shareholder of:

   b. <u>Sensus Metering Systems (Bermuda 2) Ltd.</u>, a Bermuda limited liability company that is the sole shareholder of:

   c. <u>Sensus Metering Systems, Inc.</u>, a Delaware corporation that is the sole shareholder of:

      i. Plaintiff <u>M&FC Holding, LLC</u>, a Delaware limited liability company that is the sole shareholder of

      ii. Plaintiff <u>Smith-Blair, Inc.</u>, a Delaware corporation.

Sensus Metering Systems, Inc., the Delaware corporation that is the sole shareholder of Plaintiff M&FC Holding, LLC, has issued debt securities that are, or will shortly be, publicly traded in the United States. The stock of Sensus Metering Systems, Inc. is privately held and not publicly

1

traded, and there are no entities whose publicly traded stock, equity or debt will be substantially affected by the outcome of the proceedings.

2. There is no publicly held corporation that owns 10% or more of the stock of Smith-Blair, Inc. or M&FC Holding, LLC.

                                                SMITH-BLAIR, INC. and
                                                M&FC HOLDING, LLC

Dated:  May 25, 2004

                                                Brent M. Langdon
                                                Holman & Langdon, LLP
                                                2222 St. Michael Drive
                                                Texarkana, Texas 75503-2358
                                                Telephone:    (903) 792-4513
                                                Facsimile:    (903) 792-3762

                                                Attorney for Smith-Blair, Inc. and
                                                M&FC Holding, LLC

OF COUNSEL

Theodore R. Remaklus
Kurt L. Grossman
Wood, Herron & Evans, L.L.P.
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202
Telephone:    (513) 241-2324
Facsimile:    (513) 421-7269